THE STATE EX REL. OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES,
TOLEDO MENTAL HEALTH CENTER, APPELLANT, v. INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ohio Dept. of Adm. Serv., Toledo Mental
Health Ctr. v. Indus. Comm.* (2000), 90 Ohio St.3d 204.]

(No. 00–573—Submitted September 12, 2000—Decided October 25, 2000.)

*Betty D. Montgomery*, Attorney General; *Lee M. Smith & Associates, Lee M. Smith* and *Greta M. Kearns*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Gallon & Takacs Co., L.P.A.*, and *Thomas J. Schaffer*, for appellee Lee W. Forgette.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.